83,151-01

Dear,Honorable Judge C.A.Johnson

I am writing this letter today in the hopes that it reaches you in time and also that I am not breaking any laws of this great state.If I am in fact breaking any laws,I beg your honor's mercy on my blunder in this matter.This letter pertains to a writ of Habeas Corpus filed by me.As a lay man at law I have no idea how to add your dissenting opinion filed in Ex Parte Hill 208S.W. 3d 462.I broke down in tears when I read the part where you wrote "There is a legitimate differentiation between mand- atory supervision and discretionary mandatory supervision( a legislative oxymoron )".I worked so hard to find the words in case law that matched up to my case.When Iread your opinion the words struck me in the heart.I am saddened and humbled that I did not find your words sooner.Humbled even more by the fact that I could not pen in five grounds and six pages of memorandum what you summed up in just one sentence.I know without a doubt I could never match a woman of your intellect.In one of my grounds I try to prove I am not a danger any longer and show potential for rehabilitation by my release by mistake and turning myself in to the jail. I did not know if i could quote the bible in my writ so I will quote it now (proverbs 28:1,"The wicked flee when no man pursueth")I did not know of this verse the day I walked back into Dallas county jail.What I did know is I had spent over two years in that jail in a day by day fight with myself to remove the wickedness from my heart. I refused to take bait of satan and run.I instead used the small amount of time that GOD had blessed me with and spent time with my family until it was time to turn myself in.Your Honor I know my case better than any .I also know my heart better than any.I am no longer the man I Was on the night of july 21,2006.I filed the 11.07 writ in the hopes that somebody would hear me out. When I read your opinion in Mr Hill's case it gave me hope God may have blessed me again by the chance my writ may pass through your learnded hands. I cant say for sure why I wote to you.All I know is Icould not help but write to you.I am very sorry if this letter is out of line. It is just that I fear you may read the facts of my case and pass judgement in light of that instead of finding some facts true in my writ.Your Honor I pray for your mercy in my past and bow to your courts judement.


WITH ALL DUE RESPECT


APRIL 23,2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk

C/C